IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARMANI COOK | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-2643 (JBS/AMD) |
| v. | **ORDER** |
| ERIC TAYLOR, et al., | |
| Defendants. | |

This matter having come before the Court upon the motion to dismiss of Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey [Docket Item 8]; the Court having considered the submissions of the Defendants in support thereof and Plaintiff having submitted no opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __15th__ day of __October__, **2012** hereby

ORDERED that the motion to dismiss is GRANTED; the Court shall dismiss Counts IV and VI from the Complaint, and Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey shall be terminated from the action.

JEROME B. SIMANDLE
Chief U.S. District Judge