IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARMANI COOK, <br><br>  Plaintiff, <br><br> v. <br><br> ERIC TAYLOR, et al., <br><br>  Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 10-2643 (JBS/AMD) <br><br> **ORDER** |

   This matter having come before the Court upon the motion to dismiss of Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey [Docket Item 8]; the Court having considered the submissions of the Defendants in support thereof and Plaintiff having submitted no opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

   IT IS this  15th  day of  October , **2012** hereby

   ORDERED that the motion to dismiss is GRANTED; the Court shall dismiss Counts IV and VI from the Complaint, and Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey shall be terminated from the action.

                                    s/ Jerome B. Simandle
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge